UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

Marine Express Inc

VS.    CIVIL NO. 98-1663 (JAF)

Juan Cuevas Kuenlan, et al

| DESCRIPTION OF MOTION | | |
|---|---|---|
| DATE: FILED: | DOCKET:# | Title: |
| ( ) Plffs | ( ) Defts | |
| ( ) Government | ( ) Other | |

RECEIVED & FILED
99 SEP 29 PM 4:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

ORDER

The proposed Pretrial Order, #11 is approved. Trial shall be held on April 24/2000, at 9:30 AM.

_Becky/Jury Clerk_
9/29/99
DATE

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE