## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



MARINE EXPRESS, INC.

    VS.

IVAN CUEVAS KUINLAN, ET AL

CIVIL NO. 98-1663(JAF)

---

### DESCRIPTION OF MOTION

| | | |
|---|---|---|
| DATE FILED: 03/02/00 | DOCKET #: 13 | TITLE: JOINT MOTION by Marine Express, Inc. & Ivan Cuevas-Kuinlam to request order for mediation and that trial be heard by Mag. Judge |
| [x] Plaintiff(s) <br> [X] Defendant(s) <br> [ ] Other | | |

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: *a settlement conference shall be held on April 12/00 at 4:30 PM*

---

3/29/00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

14