# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



MARINE EXPRESS, INC.

VS.  CIVIL NO. __98-1663__ (JAF)

IVAN CUEVAS KUINLAM, ET AL.

| DESCRIPTION OF MOTION |||
|---|---|---|
| DATE FILED: | DOCKET: | TITLE: Settlement conference Report |
| [] Plffs. | [] Defts. | |

### O-R-D-E-R

Parties are basically in agreement as to the facts of this case. They will meet and attempt to calculate their respective monetary claims, reporting to the court jointly in 10 days.

4-12-00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE