# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



Marine Express, Inc.,

vs.

Ivan Cuevas Quinlan et al.

CIVIL NO. 98-1663 (JAF)

RECEIVED & FILED
00 APR 28 AM 10:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

---

### DESCRIPTION OF MOTION

| DATE FILED: | DOCKET: | TITLE: |
|---|---|---|
| [ ] Plffs. | [ ] Defts. | |

### O-R-D-E-R

Sic told. Plaintiff enters its voluntary dismissal with prejudice, which defendant accepts. Each party will bear its costs and fees. The counterclaim, based solely upon local law is also dismissed with prejudice. Plaintiff accepts this disposition. The case is closed for all purposes. Judgment to enter.

4/26/00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE