UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

MARINE EXPRESS, INC.,            *
                                 *
    Plaintiff,                   *    Civil No. 98-1663 (JAF)
                                 *
    v.                           *
                                 *
IVAN CUEVAS KUINLAM, ET AL.,     *
                                 *
    Defendants.                  *
                                 *
---------------------------------*

## JUDGMENT

On the basis of the terms and conditions of an Order subscribed by the court today, judgment is entered dismissing with prejudice the complaint and counterclaim filed herein.

San Juan, Puerto Rico, this 26th day of April, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)